UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CONTRERAS, | Case No. 18-cv-04048-HSG (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPUTY HART, et al., | |
| Defendants. | |

Pursuant to the order of dismissal, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/31/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge